UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Clara Thurman,

    Plaintiff,

v.                                                  Case No. 13-10305

                                                Honorable Sean F. Cox

Ocwen Loan Servicing, LLC,

    Defendant.

_____/

## **JUDGMENT**

For the reasons set forth in an Order issued this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

Dated: June 6, 2013                                             S/ Sean F. Cox
                                                                     Sean F. Cox
                                                                       U. S. District Court Judge

I hereby certify that on June 6, 2013, the foregoing document was served upon counsel of record by electronic means and upon Clara Thurman by First Class Mail at the address below:

Clara Thurman
24656 Lyndon
Redford, MI 48239

Dated: June 6, 2013                                             S/ J. McCoy
                                                                     Case Manager